# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| SUFI Network Services, Inc. | ) | ASBCA Nos. 59489, 59490 |
| | ) | |
| Under Contract No. F41999-96-D-0057 | ) | |

APPEARANCES FOR THE APPELLANT:

Frederick W. Claybrook, Jr., Esq.
Brian T. McLaughlin, Esq.
  Crowell & Moring LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:

Jeffrey P. Hildebrant, Esq.
  Air Force Deputy Chief Trial Attorney
Lawrence M. Anderson, Esq.
  Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 23 May 2017

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59489, 59490, Appeals of SUFI Network Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals